IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHAPPELL and VERONICA WRIGHT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 12-0543-CG-N |
| BALDWIN COUNTY SHERIFF'S OFFICER, et al., | ) ) ) ) | |
| Defendants. | ) | |
| | and | |
| MARK SHANNON, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 12-0544-CG-N |
| BALDWIN COUNTY SHERIFF'S OFFICER, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of these files deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the briefs filed by plaintiffs Chappell and Wright and plaintiff Shannon are hereby **STRICKEN** from the record, and these actions are hereby **DISMISSED** without prejudice for lack of jurisdiction and for failure to

comply with the orders of the court.

      **DONE and ORDERED** this 28th day of January, 2013.

                                          /s/  Callie V. S. Granade  
                                          UNITED STATES DISTRICT JUDGE