IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES CHAPPELL and VERONICA WRIGHT, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 12-0543-CG-N ) |
| BALDWIN COUNTY SHERIFF'S OFFICER, et al., | ) ) ) |
| Defendants. | ) |

and

| | |
|---|---|
| MARK SHANNON, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 12-0544-CG-N ) |
| BALDWIN COUNTY SHERIFF'S OFFICER, et al., | ) ) ) |
| Defendants. | ) |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that the above-styled actions are hereby **DISMISSED** without prejudice for lack of jurisdiction and for failure to comply with the orders of the court.

**DONE and ORDERED** this 28th day of January, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE